THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PHUONG H. NGUYEN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion (Dkt. No. 1334) for an extension of time to respond to Defendant's motion for a reduction in sentence. The Government seeks additional time to respond to Defendant's motion. This is to provide the Federal Public Defender time to determine whether counsel should be appointed in this matter pursuant to General Order 03-19. Finding good cause, the motion is GRANTED. The Government's response to Defendant's motion for a reduction in sentence (Dkt. No. 1332) is due October 25, 2021. The Clerk is DIRECTED to renote Defendant's motion (Dkt. No. 1332) to October 29, 2021. If the Federal Public Defender determines that the appointment of counsel is warranted, the parties may propose a revised briefing schedule.

//

DATED this 6th day of October 2021.

<u>Ravi Subramanian</u><br>
Clerk of Court<br><br>
<u>s/Sandra Rawski</u><br>
Deputy Clerk