The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PHUONG H. NGUYEN,<br><br>Defendant. | NO. CR15-0120-JCC-15<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING STIPULATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. Any amended or supplement motion on behalf of defendant should be filed on or before January 10, 2022; and

b. The government's response to the motion should be filed on or before January 31, 2022; and

b. Any reply should then be filed on or before February 4, 2022, and the matter noted for that date.

DATED this 17th day of November, 2021.

*(signature)*

_____
JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

*/s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Nguyen*, CR12-120 JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970